

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00151-CV

| | | |
|---|---|---|
| ANDREW COLBY LIVINGSTON, Appellant | § | On Appeal from the County Court at Law |
| | § | of Cooke County (CV2101981) |
| V. | § | February 9, 2023 |
| CLINTON L. SHAFFER, Appellee | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
       Justice Brian Walker